**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In the Interest of I. S. v. Department of Family and Protective Services

Appellate case number:   01-15-00136-CV

Trial court case number: 2014-00465J

Trial court:             315th District Court of Harris County

 Appellant's Motion to Substitute Counsel filed on March 18, 2015, is **DENIED, without prejudice to refiling**.  Any motion to substitute counsel must state that it has been delivered to appellant in accordance with Texas Rule of Appellate Procedure 6.5.  *See* TEX. R. APP. P. 6.5(b), (d).

 It is so ORDERED.


Judge's signature: ___/s/_ Rebeca Huddle
                   X Acting individually     ☐ Acting for the Court


Date:  March 19, 2015